HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
  tamara.devitt@haynesboone.com
Kimberly A. Chase/Bar No. 253311
  kimberly.chase@haynesboone.com
Allan W. Gustin/Bar No. 305784
  allan.gustin@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone:  (949) 202-3000
Facsimile:    (949) 202-3001

Attorneys for Defendants
FOREST LABORATORIES, LLC
(f/k/a FOREST LABORATORIES, INC.) and
ACTAVIS PHARMA, INC.

Kay Katangian Todd/Bar No. 272147
  kplegaldepartment@gmail.com
27 Skyridge
Newport Coast, CA 92657
Tel: (949) 887-8636

Richard W. Todd, Esq.
  rick.tslaw@gmail.com
Todd & Shannon, LLP
226 W. Historic Columbia River Highway
Troutdale, Oregon 97060
Tel: (503) 232-2600

Attorneys for Plaintiff
CHRISTOPHER TODD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER TODD,<br><br>　　　　Plaintiff,<br><br>　　vs. | Case No.: 8:15-cv-01684-CJC-DFM<br>**ASSIGNED TO:**<br>The Honorable Cormac J. Carney<br>Courtroom 9B |

**STIPULATION AND JOINT MOTION OF DISMISSAL**

| | |
|---|---|
| FOREST LABORATORIES, INC., et al.,<br><br>　　　　Defendants. | ) **STIPULATION AND JOINT**<br>) **MOTION OF DISMISSAL**<br>)<br>) Complaint Filed: October 20, 2015<br>)<br>) |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the parties' confidential settlement agreement, Plaintiff Christopher Todd dismisses this action in its entirety with prejudice.

DATED: January 30, 2017　　　　HAYNES AND BOONE, LLP

　　　　　　　　　　　　　　　　By: /s/ Tamara I. Devitt
　　　　　　　　　　　　　　　　　　Tamara I. Devitt
　　　　　　　　　　　　　　　　　　Kimberly A. Chase
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　FOREST LABORATORIES, LLC
　　　　　　　　　　　　　　　　　　and ACTAVIS PHARMA, INC.

DATED: January 30, 2017　　　　Todd & Shannon, LLP

　　　　　　　　　　　　　　　　By: /s/ Richard Todd
　　　　　　　　　　　　　　　　　　Richard Todd
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　CHRISTOPHER TODD

**Certification Under Local Rule 5-4.3.4**

As the filer of this document, I attest that the other signatory listed above, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized this filing.

DATED: January 30, 2017　　　　Todd & Shannon, LLP

By: /s/ Richard Todd
Richard Todd
Attorneys for Plaintiff
CHRISTOPHER TODD